| | |
|---|---|
| MARK D. FOWLER (Bar No. 124235) | WILLIAM L. ANTHONY (Bar No. 106908) |
| mark.fowler@dlapiper.com | wanthony@orrick.com |
| M. ELIZABETH DAY (Bar No. 177125) | CRAIG R. KAUFMAN (Bar No. 159458) |
| elizabeth.day@dlapiper.com | ckaufman@orrick.com |
| SAL LIM (Bar No. 211836) | KAI TSENG (Bar No. 193756) |
| sal.lim@dlapiper.com | ktseng@orrick.com |
| GREGORY J. LUNDELL (Bar No. 234941) | MATTHEW J. HULT (Bar No. 197137) |
| greg.lundell@dlapiper.com | matthult@orrick.com |
| **DLA PIPER US LLP** | **ORRICK, HERRINGTON &** |
| 2000 University Avenue | **SUTCLIFFE LLP** |
| East Palo Alto, CA 94303-2248 | 1000 Marsh Road |
| Telephone: (650) 833-2000 | Menlo Park, CA 94025 |
| Facsimile: (650) 833-2001 | Telephone: (650) 614-7355 |
| | Facsimile: (650) 614-7401 |
| Attorneys for Plaintiff | |
| SAMSUNG ELECTRONICS CO., LTD. | Attorneys for Defendants |
| | COMPAL ELECTRONICS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., | CASE NO. C 06-7292 VRW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| COMPAL ELECTRONICS, INC., | |
| Defendants. | **JUDGE: HON. VAUGHN R. WALKER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), Plaintiff and Counterdefendant Samsung Electronics Co., Ltd. ("Samsung"), by and through its counsel of record, and Defendants and Counterclaimants Compal Electronics, Inc. ("Compal"), by and through their attorneys of record, agree and stipulate as follows:

1. All claims and counterclaims in this action brought by Samsung against Compal or by Compal against Samsung are hereby dismissed with prejudice; and

/ / /

/ / /

2. Each party is to bear its own costs and attorneys' fees in connection with these claims and counterclaims.

DLA PIPER US LLP

Dated: March 19, 2007

By: _____
MARK D. FOWLER
M. ELIZABETH DAY
SAL LIM
GREGORY J. LUNDELL

ATTORNEYS FOR PLAINTIFF,
SAMSUNG ELECTRONICS CO., LTD.

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated: March 19th, 2007

By: _____
WILLIAM L. ANTHONY, JR
CRAIG R. KAUFMAN
KAI TSENG
MATTHEW J. HULT

ATTORNEYS FOR DEFENDANT
COMPAL ELECTRONICS

### ORDER

PURSUANT TO STIPULATION, this matter is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

March 22, 2007

_____
IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DLA PIPER US LLP
EAST PALO ALTO

EM\7216112.1

-2-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE;
C-06-7292 VRW